STANLEY FERBER, TRUSTEE *v.* TILCON
CONNECTICUT, INC.

The plaintiff's petition for certification for appeal
from the Appellate Court (AC 16355) is denied.

BERDON and NORCOTT, Js., did not participate in
the consideration or decision of this petition.

*Allan M. Cane,* in support of the petition.

Decided March 13, 1997

SCHOOLHOUSE CORPORATION *v.* WILLIAM H.
WOOD, JR., CONSERVATOR (ESTATE OF
HILDA RANKIN OLYPHANT), ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 43 Conn. App. 586 (AC 15599),
is denied.

*Robert M. Shields, Jr.,* in support of the petition.

*Robert L. Wyld, Sheila A. Huddleston, Stephanie M.
Gitlin, Edward F. Scully* and *Patrick E. Scully,* in oppo-
sition.

Decided March 13, 1997

STEPHANIE TOISE *v.* AUDREY ROWE, COMMIS-
SIONER OF SOCIAL SERVICES, ET AL.

DAVID DRESSLER *v.* AUDREY ROWE, COMMIS-
SIONER OF SOCIAL SERVICES, ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 44 Conn. App. 143 (AC 15090/
15362), is granted, limited to the following issue: